UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT LEON DENT,

    Plaintiff,

v.                                      Case No.  5:24-cv-148-MCR/MJF

TOMMY FORD, *et al.*,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 17, 2024 (ECF No. 5).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), this action is dismissed as frivolous.

3.  The clerk of the court shall close the case file.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**